FILED IN
COURT OF CRIMINAL APPEALS

September 21, 2015

ABEL ACOSTA, CLERK

Dismissed
as moot

PD-1396-14

PD-1396-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/21/2015 3:07:06 PM
Accepted 9/21/2015 3:40:55 PM
ABEL ACOSTA
CLERK

NO. PD-1396-14

**JON THOMAS FORD,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

## MOTION TO END POST-SUBMISSION FILINGS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

The State of Texas, Appellee, moves this Court to close post-submission filings in this case.

Appellant's conviction for murder was affirmed by the Fourth Court of Appeals. *Ford v. State*, 444 S.W.3d 171 (Tex.App. –San Antonio 2014, pet. granted). Appellant's petition for discretionary review was granted by this Court on the issue of the admissibility of cell tower records held by a third party. On May 20, 2015, this Court heard oral argument on this issue, and the case was submitted to this Court. In the four months since that submission, this Court's website shows that Appellant's attorney has filed seven post-submission filings. All or most of these have been in the form of letters citing supposed new authorities and making new arguments. The State has responded twice.

The Rules of Appellate Procedure hold that after the submission of briefs on discretionary review to this Court, "upon motion by a party" and granting of permission by this Court, a party may file additional briefs. T.R.A.P. 70.4. This

rule does not mention post-submission filings, for which there is apparently no provision.

Appellant's post-submission filings have not been accompanied by motions for leave to file, yet they have been marked accepted and filed by this Court. The State asks that this Court enforce its own rules and order Appellant to cease filing any post-submission filings without prior permission by this Court. Appellant's filings have called to the Court's attention opinions by other courts that have no precedential effect on this Court and limited to no relevance. Some of them have been presented in such a way that I feel compelled to respond, which is a waste of my time and more importantly of the Court's time. Two of these filings have been called to my attention by the parents of the victim in this case, who are monitoring this Court's website. I received Appellant's filing of August 11th on September 4th, after I had already responded. The Court may note that the attachment to Appellant's most recent filing, showing supposed service on me, does not include dates for that service.

Appellant was granted not only discretionary review but oral argument. Appellant's attorney has had ample opportunities to present her case to this Court. The State asks that this Court enforce its rules and order Appellant's attorney to cease post-submission filings except by prior permission of the Court.

Respectfully submitted,

2

NICHOLAS "NICO" LaHOOD
Criminal District Attorney
Bexar County, Texas

___/s/ Jay Brandon_____
JAY BRANDON
Assistant Criminal District Attorney
Bexar County, Texas
101 West Nueva, 3rd Floor
San Antonio, Texas 78204
(210) 335-2418
State Bar No. 02880500
jay.brandon@bexar.org

Attorneys for the State

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing motion was sent by electronic mail and first-class mail to Cynthia E. Orr, Attorney for Appellant, on the 21st day of September, 2015.

_____/s/ Jay Brandon_____
JAY BRANDON